UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| BILLIE J. OWEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:21-cv-00194-HAB-SLC |
| v. ) | |
| ) | |
| MISSISSINEWA COMMUNITY ) | |
| SCHOOLS, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, Billie J. Owen, and Defendant, Mississinewa Community Schools, by respective counsel, hereby stipulate to the dismissal of Plaintiff's claims against the Defendant, with prejudice, costs having been paid.

_____
Samuel L. Bolinger (#10786-98)
Attorney at Law
803 S. Calhoun Street, Suite 300
Fort Wayne, IN 46802
Counsel for Plaintiff

_____
Kyle A. Jones (#14274-49)
NORRIS CHOPLIN SCHROEDER LLP
101 West Ohio Street, Ninth Floor
Indianapolis, IN 46204-4213
Counsel for Defendant